| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Olson, John K. | 2. Court or Organization<br><br>Florida Southern - Bankruptcy | 3. Date of Report<br><br>09/09/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>US Courthouse<br>299 E Broward Blvd. - Room 303<br>Ft. Lauderdale, FL 33301 | | |
| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | John Karl Olson Revocable Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 09/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Ruden McClosky PA - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar - Business Law Section | January 19-20 | Tampa, FL | Section Executive Council | Transportation, meals, room |
| 2. | American Bankruptcy Institute | February 3-5 | Grand Cayman, Cayman Islands | Insolvency Conference | Transportation, meals, room |
| 3. | American Bar Association - Business Law Section | April 14-16 | Boston, MA | Section Meeting | Transportation, meals, room |
| 4. | Bankruptcy Bar Association of the Southern District of Florida | May 6-8 | Naples, FL | Annual Retreat; CLE | Transportation, meals, room |
| 5. | The Florida Bar - Business Law Section | May 9-16 | Amsterdam, Netherlands | Annual Retreat | Transportation, meals, room |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Olson, John K. | 09/09/2012 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | Association of Insolvency & Restructuring Advisors | June 9-11 | Boston, MA | Annual Meeting | Transportation, meals, room |
| 7. | The Florida Bar - Business Law Section | June 22-25 | Orlando, FL | Annual Meeting | Transportation, meals, room |
| 8. | Bloomberg, LLP | July 27-29 | New York, NY | Editorial Board Meeting | Transportation, meals, room |
| 9. | American Bar Association - Business Law Section | October 12-15 | Tampa, FL | Section Meeting | Transportation, meals, room |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 09/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | New York Life Insurance Company | policy loan | J |
| 2. | Aurora Life Assurance Company | policy loan | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 09/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Raymond James Brokerage account cash balance | A | Interest | J | T | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. Eagle Class-JP Morgan Tax Free Money Market Fund | A | Interest | J | T | | | | | |
| 4. IRA #2 | | | | | | | | | |
| 5. - American Balanced Fund | A | Int./Div. | K | T | | | | | |
| 6. - Dreyfus Strategic Value Fund | A | Int./Div. | K | T | | | | | |
| 7. - First Eagle Global Fund | B | Dividend | M | T | | | | | |
| 8. - First Eagle US Value Fund | A | Int./Div. | K | T | | | | | |
| 9. - Ivy Asset Strategy Fund | A | Int./Div. | K | T | | | | | |
| 10. - PIMCO Low Duration Fund | A | Int./Div. | L | T | | | | | |
| 11. - PIMCO Total Return Fund | A | Int./Div. | K | T | | | | | |
| 12. - PIMCO Short Term Fund | A | Int./Div. | K | T | | | | | |
| 13. - PIMCO Unconstrained Bond Fund | A | Int./Div. | K | T | | | | | |
| 14. - Thornburg Limited Term US Government Fund | B | Interest | K | T | | | | | |
| 15. - Thornburg Limited Term Income Fund | C | Interest | L | T | | | | | |
| 16. - Thornburg Investment Income Builder Fund | C | Int./Div. | L | T | | | | | |
| 17. - Raymond James Bank cash balance | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 09/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #3 | | | | | | | | | |
| 19. - American Balanced Fund | A | Int./Div. | K | T | | | | | |
| 20. - Davis New York Venture Fund Class A | A | Dividend | J | T | | | | | |
| 21. - Dreyfus Strategic Value Fund | A | Int./Div. | J | T | | | | | |
| 22. - First Eagle Global Fund | A | Int./Div. | K | T | | | | | |
| 23. - First Eagle US Value Fund | A | Int./Div. | K | T | | | | | |
| 24. - Ivy Asset Strategy Fund | A | Int./Div. | J | T | | | | | |
| 25. - PIMCO Low Duration Fund | A | Int./Div. | K | T | | | | | |
| 26. - PIMCO Total Return Fund | A | Int./Div. | K | T | | | | | |
| 27. - Thornburg Limited Term US Govt Fund | B | Interest | K | T | | | | | |
| 28. - Raymond James Bank cash balance | A | Interest | J | T | | | | | |
| 29. Trust #1 | | | | | | | | | |
| 30. - Eagle (fka Heritage) Municipal Cash Trust | A | Interest | J | T | | | | | |
| 31. Phoenix Ventures, Inc. common | | None | J | U | | | | | |
| 32. Investment Account #1260 | | | | | | | | | |
| 33. - Invesco Van Kampen Capital Growth Fund | A | Int./Div. | K | T | | | | | |
| 34. - Invesco Van Kampen Enterprise Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 09/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Invesco Van Kampen Global Equity Allocation Fund | A | Int./Div. | K | T | | | | | |
| 36. Investment Account # 9041 | | | | | | | | | |
| 37. - Invesco Van Kampen Global Equity Allocation Fund | A | Int./Div. | J | T | | | | | |
| 38. Investment Account #0751 | | | | | | | | | |
| 39. - Invesco Van Kampen Capital Growth Fund | A | Int./Div. | K | T | | | | | |
| 40. Investment Account # 0424 | | | | | | | | | |
| 41. - Invesco Van Kampen Enterprise Fund | A | Int./Div. | K | T | | | | | |
| 42. Retirement Account #4011 | | | | | | | | | |
| 43. - Alger Smidcap Growth | | None | K | T | | | | | |
| 44. - Columbia Midcap Index Fund | A | Int./Div. | K | T | | | | | |
| 45. - Eaton Vance Large Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 46. - Heartland Select Value Fund | A | Int./Div. | J | T | | | | | |
| 47. - PIMCO Commodity RR Strategic Fund | A | Int./Div. | J | T | | | | | |
| 48. - PIMCO Fundamental ADV Total Return Fund | C | Int./Div. | J | T | | | | | |
| 49. - SPDR S&P Dividend Fund | A | Dividend | J | T | | | | | |
| 50. - T Rowe Price Inst L/C Growth Fund | A | Int./Div. | K | T | | | | | |
| 51. - Heartland Value Plus Find | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 09/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Blackrock Global Allocation Fund | A | Int./Div. | K | T | | | | | |
| 53. - Harbor International Fund | A | Int./Div. | K | T | | | | | |
| 54. - Ivy Asset Strategy Fund | A | Int./Div. | K | T | | | | | |
| 55. - Janus Overseas Fund | A | Int./Div. | K | T | | | | | |
| 56. - Lazard Emerging Mkts Portfolio Fund | A | Int./Div. | J | T | | | | | |
| 57. - Matthews Asia Dividend Fund | A | Int./Div. | J | T | | | | | |
| 58. - MFS Research Intl Fund | A | Int./Div. | J | T | | | | | |
| 59. - PIMCO Global Multi-Asset Fund | A | Int./Div. | K | T | | | | | |
| 60. - T Rowe Price Inst Global L/C Equity Fund | A | Int./Div. | J | T | | | | | |
| 61. - Blackrock Managed Income Portfolio | A | Int./Div. | K | T | | | | | |
| 62. - Dodge & Cox Income Fund | A | Int./Div. | J | T | | | | | |
| 63. - Eaton Vance Global Macro Absolute Return Fund (X) | A | Int./Div. | J | T | | | | | |
| 64. - Fidelity Advisor Floating Rate High Income Fund (X) | A | Int./Div. | J | T | | | | | |
| 65. - Loomis Sayles Global Bond Fund | A | Interest | J | T | | | | | |
| 66. - Mainstay High Yield Corporate Bond Fund (X) | A | Interest | J | T | | | | | |
| 67. - Managers Fixed Income Fund | A | Interest | K | T | | | | | |
| 68. - PIMCO All Asset All Authority Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 09/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - PIMCO Floating Income Fund | A | Int./Div. | J | T | | | | | |
| 70. - PIMCO Total Return Fund | A | Int./Div. | K | T | | | | | |
| 71. - PIMCO Global High Yield Fund | B | Interest | J | T | | | | | |
| 72. Family Limited Partnership - F | | | | | | | | | |
| 73. - Energy Income & Growth Fund | A | Int./Div. | J | T | | | | | |
| 74. - Eaton Vance Tax Adv Global Div Oppty Fund | A | Int./Div. | J | T | | | | | |
| 75. - Ishares Inc Australia Index Fund | A | Int./Div. | J | T | | | | | |
| 76. - Ishares Inc Global Telecomm Sector Index Fund | A | Int./Div. | J | T | | | | | |
| 77. - Ishares Inc CDA Index Fund | A | Int./Div. | J | T | | | | | |
| 78. - Market Vectors Trust Agribusiness EFT | A | Int./Div. | J | T | | | | | |
| 79. - SPDR Sector SBI Energy Fund | A | Int./Div. | J | T | | | | | |
| 80. - SPDR Sector Series Tr S&P Oil & Gas Equipt & Svcs ETF | A | Int./Div. | J | T | | | | | |
| 81. - SPDR Series Tr S&P Metals & Mining | A | Int./Div. | J | T | | | | | |
| 82. - Vanguard Div Apprec ETF | A | Int./Div. | J | T | | | | | |
| 83. - Nuveen Select Maturities Muni Fund | A | Interest | J | T | | | | | |
| 84. - Vanguard Short Term Tax Exempt Fund | A | Interest | J | T | | | | | |
| 85. - UBS CashFund Inc. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 09/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - T | A | Int./Div. | J | T | | | | | |
| 87. - ADP | A | Int./Div. | J | T | | | | | |
| 88. - BR | A | Int./Div. | J | T | | | | | |
| 89. - EXBO | A | Int./Div. | J | T | | | | | |
| 90. - ECA | A | Int./Div. | J | T | | | | | |
| 91. - INFY | A | Int./Div. | J | T | | | | | |
| 92. - SAYCY | A | Int./Div. | J | T | | | | | |
| 93. - SLB | A | Int./Div. | J | T | | | | | |
| 94. - SBCF | A | Int./Div. | J | T | | | | | |
| 95. - WIT | A | Int./Div. | J | T | | | | | |
| 96. - GCH | A | Int./Div. | J | T | | | | | |
| 97. - EFA | A | Int./Div. | J | T | | | | | |
| 98. - EEM | A | Int./Div. | J | T | | | | | |
| 99. - CVTCX | A | Int./Div. | J | T | | | | | |
| 100. - VEECX | A | Int./Div. | J | T | | | | | |
| 101. - TEGBX | A | Interest | J | T | | | | | |
| 102. - PTTCX | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   - GYB | A | Int./Div. | J | T | | | | | |
| 104.   - FESGX | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 09/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John K. Olson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544